# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Winston Najee Reed, <br><br> Plaintiff <br> v. <br><br> Calvin Johnson, et al., <br><br> Defendants | Case No. 2:23-cv-001216-JAD-NJK <br><br> **Order Denying Motion in Closed Case** <br><br> ECF No.6 |

This case was dismissed and closed on October 26, 2023, because the plaintiff failed to file a proper *in forma pauperis* application or pay the full filing fee by the court-imposed deadline of October 9, 2023.[1] Two months later, the plaintiff filed a motion to exceed the page limits for a complaint.[2] Because this case is closed, leaving nothing more for the plaintiff to file, IT IS ORDERED that **the motion for leave to exceed the page limit [ECF No. 6] is DENIED.  If Winston Najee Reed wants to file a complaint in this court, he must do so in a new case and either pay the full filing fee or file a proper motion to proceed *in forma pauperis*.**

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey
                                                      March 27, 2024

---

[1] ECF No. 4.
[2] ECF No. 6